IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE, US MAGISTRATE JUDGE

Civil Action No. 08-cv-02684-WDM-MJW

ABUNDIO CONTRERAS GIL,
ROBERTO ARIAS CABRERA,
HERIBERTO VALENZUELA ROJAS,
JOSE ENRIQUE VALENZUELA ROJAS,
ADOLFO CONTRERAS PEREZ,
SERGIO VALENCIA ACOSTA,
HECTOR CONTRERAS GIL,
HECTOR LEONEL CONTRERAS RODRIGUEZ,
FRANCISCO CHAVEZ CORNEJO,
JULIAN JULIAN GUTIERREZ LIMON,
JORGE ABEL RUIZ RUELAS, and
RAMIRO FALCON CHAVEZ, individually and on behalf of other similarly situated,

    Plaintiffs,

v.

L & M FULLER FAMILY PARTNERSHIP, a Colorado Limited Liability Limited Partnership
LAWRENCE FULLER,
MARTHA FULLER, and
MICHAEL FULLER.

    Defendants.

---

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS AND RESET THE SCHEDULING CONFERENCE
( Docket No 9 )

---

THIS MATTER is before the Court on Plaintiffs' and Defendants' Joint Motion to Stay Proceedings and Reset the Scheduling Conference. The Court, having reviewed the Motion and being fully advised, hereby **GRANTS** the Motion.

It is hereby **ORDERED** that:

- All proceedings are stayed up to and including March 5, 2009; and The Rule 16 Scheduling Conference set February 20, 2009 at 1:30 p.m. is VACATED;

- No responsive pleading is due until March 13, 2009; and
- The scheduling conference is reset for <u>April 3, 2009 at 10:00am</u>. Proposed order shall be submitted on or before March 27, 2009.

This <u>30th</u> day of <u>January</u>, 2009.

BY THE COURT:

*[signature]*
United States District Court Judge