IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02684-WDM-MJW

ABUNDIO CONTRERAS GIL,
ROBERTO ARIAS CABRERA,
HERIBERTO VALENZUELA ROJAS,
JOSE ENRIQUE VALENZUELA ROJAS,
ADOLFO CONTRERAS PEREZ,
SERGIO VALENCIA ACOSTA,
HECTOR CONTRERAS GIL,
HECTOR LEONEL CONTRERAS RODRIGUEZ,
FRANCISCO CHAVEZ CORNEJO,
JULIAN JULIAN GUTIERREZ LIMON,
JORGE ABEL RUIZ FUELAS, and
RAMIRO FALCON CHAVEZ, individually and on behalf of other similarly situated,

    Plaintiffs,

v.

L & M FULLER FAMILY PARTNERSHIP, a Colorado Limited Liability Limited Partnership,
LAWRENCE FULLER,
MARTHA FULLER, and
MICHAEL FULLER.

    Defendants.

---

(Docket No. 14) ORDER

---

Upon consideration of the parties' Joint Motion to Stay Discovery and Other Deadlines, the Court hereby ORDERS that the Motion is GRANTED.

All current deadlines and discovery are STAYED.

The parties shall submit a status report to the Court on or before April 20, 2009.

08-cv-02684-w.M-mJW

Dated: March 23, 2009.

_____
Michael J. Watanabe
United States Magistrate Judge